Exhibit 1

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-406-342**

**Effective Date of Registration:**
June 05, 2024
**Registration Decision Date:**
August 05, 2024

## Title

| | |
|---|---|
| **Title of Work:** | "Tucson" collection - 497 Terracotta |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2015 |
| **Date of 1st Publication:** | April 06, 2015 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Elizabeth's Studio LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Elizabeth's Studio LLC |
| | 440 South Main Street, suite 3, Milltown, NJ, 08850, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Elizabeth's Studio LLC |
| **Name:** | Elizabeth Shnayder |
| **Email:** | eshnayder@elizabethsstudio.com |
| **Address:** | 440 South Main Street |
| | suite 3 |
| | Milltown, NJ 08850 United States |

## Certification

